**Richard B. FOX, Plaintiff-Appellant,**

v.

**HCA HOLDINGS, INC., Defendant-Appellee.**

No. 15-17342

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed JANUARY 30, 2017

Richard B. Fox, Pro Se

Jonathan R. Bass, Esquire, Attorney, Coblentz Patch Duffy & Bass, LLP, San Francisco, CA, for Defendant-Appellee

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Richard B. Fox appeals pro se from the district court's judgment dismissing his ac-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

tion alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010). We affirm.

The district court properly dismissed Fox's action because Fox failed to allege facts in his amended complaint sufficient to state a claim for violations of, or conspiracy to violate, RICO. *See Sanford v. MemberWorks, Inc.*, 625 F.3d 550, 557 (9th Cir. 2010) (elements of a RICO claim under 18 U.S.C. § 1962(c)); *Cholla Ready Mix, Inc. v. Civish*, 382 F.3d 969, 973 (9th Cir. 2004) (a court is not required to accept as true a complaint's conclusory allegations, unwarranted deductions of fact, or unreasonable inferences).

Fox's requests that this court vacate its prior disposition in *Fox v. Good Samaritan Hosp. LP*, 467 Fed.Appx. 731 (9th Cir. 2012) set forth in his opening and reply briefs are denied.

We do not consider arguments or allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.